IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KENNETH SEARCY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:07-0361 |
| | ) | Judge Trauger |
| BRIAN GARDNER, Warden, *et al.*, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 7, 2008, the Magistrate Judge issued a Report and Recommendation. (Docket No. 32) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Motion to Dismiss and For Summary Judgment (Docket No. 22) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** as to all defendants.

It is so **ORDERED**.

ENTER this 11th day of February 2008.

_____
ALETA A. TRAUGER
U.S. District Judge